IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MARYLAND

ALLIED SIGNAL TECHNICAL )
SERVICES CORPORATION )
)
    Plaintiff )
)   Case No. WMN-003730
v. )
)
M/V DAGMAR MAERSK, ETC. ET AL. )
)
    Defendants. )



*********************************************************************

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, Daniel W. Lenehan III, Esq. a member of the Bar in this court, moves the admission of Henry P. Gonzalez, LL.M. to appear pro hac vice in the captioned proceeding as counsel for J.S. Conner Container Line, Inc.

Movant and the proposed admittee respectfully certify as follows:

1.    The proposed admittee is a Member of good standing of the Bar of the State of New York and the following United States Courts: The Eastern District of New York and the Southern District of New York; the United States Court of International Trade; The Court of Appeals, Fourth Circuit; and the United States Federal Court of Claims.

2.    During the twelve (12) months immediately proceeding the filing of this motion, the proposed admittee has not applied or been admitted pro hac vice in this court.

3.    The proposed admittee has never been disbarred, suspended or denied admission to practice.



4.   The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   Co-counsel for the proposed admittee in this proceeding will be the undersigned or Daniel w. Lenehan III, Esq. who has been formally admitted to the bar of this Court.

6.   It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *signature* | *signature* |
| Daniel W. Lenehan III, Esq. | Henry P. Gonzalez, LL.M. |
| Rodriguez, O'Donnell, Fuerst, Gonzalez & Williams | Rodriguez, O'Donnell, Fuerst, Gonzalez & Williams |
| 1710 Rhodes Island Ave., 10th Floor | 1710 Rhodes Island Ave., 10th Floor |
| Washington, D.C. 20036 | Washington, D.C. 20036 |
| (202) 973-2990 | (202) 973-2980 |
| Court Number: 26395 | (202) 293-3307 (fax) |

_____ FILED  _____ ENTERED
_____ LODGED _____ RECEIVED

APR 1 6 2001
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

ORDER

Motion   ✓   GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

4/16/01                              *signature*
_____                           _____
Dated                                Judge, U.D. District Court