IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALLIED SIGNAL TECHNICAL
SERVICES CORPORATON,

 Plaintiff,

   Civil Action No.: WMN 00-CV-3730

v.

M/V DAGMAR MAERSK, etc., et al.,

 Defendants.

## JOINT MOTION FOR EXTENSION
## OF DISCOVERY SCHEDULE

The four parties to this litigation herewith move for an extension of the discovery deadline in this admiralty cargo matter and for reasons state:

1. The present discovery deadline is December 31, 2001.

2. The several parties have exchanged interrogatories. One set of responses is overdue.

3. The parties have also exchanged Requests for Production, and responses thereto are a pre-condition to additional, deposition, discovery. While defendant J. S. Connor has, apparently, completed its document production, plaintiff's production is incomplete. Defendant Maersk, Inc., has been delayed in producing its documents because some of them exist only in electronic form and retrieval of papers so old has proven difficult. In addition, little documentation was generated in Baltimore; most was created in Italy.

"__APPROVED__" THIS 13th DAY
OF __December__, 20 01

_____
UNITED STATES DISTRICT JUDGE

GST 686097

WHEREFORE, in order to permit the orderly completion of discovery in this matter, the parties request an additional sixty days, through the 8th of March, 2002, within which to complete discovery. I am authorized to file this Motion on behalf of all parties.

Geoffrey S. Tobias, Esquire
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
Attorney for Maersk, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALLIED SIGNAL TECHNICAL<br>SERVICES CORPORATON, | * | |
| | * | |
| Plaintiff, | | Civil Action No.: WMN 00-CV-3730 |
| | * | |
| v. | | |
| | * | |
| M/V DAGMAR MAERSK, etc., et al., | | |
| | * | |
| Defendants. | | |
| | * | |

## NOTICE OF SERVICE

I hereby certify that on this 10th day of December, 2001, a copy of the Joint Motion for Extension of Discovery Schedule was sent by first class mail, postage prepaid to:

James D. Skeen, Esquire
Wright, Constable & Skeen, LLP
100 North Charles Street, 16th Floor
Baltimore, Maryland 21201
Attorney for the Plaintiff

Robert P. O'Brien, Esquire
Niles, Barton & Wilmer
111 South Calvert Street, Ste. 1400
Baltimore, MD 21202

Henry P. Gonzalez, Esquire
Rodriguez, O'Donnell, Fuerst,
   Gonzalez & Williams
1710 Rhode Island Ave., NW, 10th Fl.
Washington, DC 20036

_____
Geoffrey S. Tobias
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, MD 21202-1643
Attorney for Maersk, Inc.

GST 686097