UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALLIED SIGNAL TECHNICAL SERVICES CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>M/V DAGMAR MAERSK, etc., et al., )<br>)<br>Defendants. ) | Case No. WMN-00-CV-3730 |

## MOTION FOR SUBSTITUTION OF COUNSEL

Undersigned counsel of J.S. Connor Line, Division of John S. Connor Inc., ("J.S. Connor") hereby moves this Honorable Court to substitute as stated herein. Counsel bases this motion on the following events:

1. Todd C. Fineberg, Esq. submitted an Answer to Plaintiff's Complaint in the above-captioned proceeding to the Court on behalf of J.S. Connor on or about March 19, 2001.

2. Mr. Fineberg and Daniel W. Lenehan acted as co-counsel for J.S. Conner in this matter.

3. Henry P. Gonzalez, LL.M., was admitted as *Pro Hac Vice* on April 16, 2001, in this action and will remain as co-counsel for J.S. Connor.

4. Subsequent to these initial filings and the request and production of certain discovery, Mr. Fineberg and Mr. Lenehan severed their formal association with the firm Rodriguez O'Donnell Fuerst Gonzalez & Williams, the undersigned firm that provides representation for the insurers of J.S. Connor.



5. Ashley W. Craig, Esq., a member of this Court and an associate of Rodriguez O'Donnell Fuerst Gonzalez & Williams, hereby attaches his Notice of Appearance in this matter.

6. J.S. Connor is not prejudiced in this case because Rodriguez O'Donnell Fuerst Gonzalez & Williams has and will continue to represent J.S. Connor's interests, and because Mr. Gonzalez remains as *Pro Hac Vice* Counsel.

7. J.S. Connor has been advised of the substitution request herein and has agreed to allow the substitution.

**Wherefore**, for the foregoing reasons, the undersigned prays that this motion be granted to allow Mr. Craig to substitute for Messers. Fineberg and Lenehan as counsel for J.S. Connor, Inc.

By: _____
Ashley W. Craig, Esq. (Bar No. 26554)
Henry P. Gonzalez, LL.M. (*Pro Hac Vice*)

**RODRIGUEZ O'DONNELL FUERST
GONZALEZ & WILLIAMS**
1710 Rhode Island Ave., N.W.
10th Floor
Washington, D.C. 20036

Dated in Washington, D.C., this 10th day of January, 2002.

So ordered:

_____
Honorable William M. Nickerson

Dated: January __11__, 2002

2