

**Wright, Constable & Skeen, L.L.P.  Attorneys at Law**

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

**RECEIVED MAR 20**
**JUDGE WILLIAM M. NICKERSON**

**FILED 2002 MAR 20 P 12:39**

March 19, 2002

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
Michael A. Stanley
Howard S. Stevens*
Victoria August
Joy K. Sakellaris
W. Jay Lee

Of Counsel
Francis N. Iglehart
P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
307 West Allegheny Avenue
Towson, Maryland 21204-4258
Phone 410-825-0750
Fax    410-825-0715

www.wcslaw.com

WRITER'S DIRECT DIAL/E-MAIL:
(410) 659-1306/Jskeen@wcsllp.com

**VIA HAND-DELIVERY**

The Honorable William N. Nickerson
United States District Court Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

  Re: Allied Signal Technical Services Corp. v.
    M/V DAGMAR MAERSK, etc., et al.
    Civil Action No.: WMN00-CV-3730

Dear Judge Nickerson:

  In anticipation of the discovery cutoff and status report requirement of March 8, 2002, I had sent a proposed status letter to defendant's counsel for approval on February 28, 2002. The letter had been approved by counsel, but evidently I did not send it to your chambers.

  I have attached a copy of the letter that I thought I had hand delivered on March 1, 2002 and under which counsel had been conducting discovery in this case. I apologize to the Court for this late submittal and respectfully request that the discovery cutoff be extended an additional 60 days to May 8, 2002. Counsel would provide a status report at that time. Defendants have no objection to this request.

  Thank you for your consideration of this request.

          Very truly yours,

          James D. Skeen

"APPROVED" THIS 20th DAY
OF March, 2002
/s/ Wm Nickerson
UNITED STATES DISTRICT JUDGE

JDS/kf
Enclosure

cc: Robert P. O'Brien, Esquire (via facsimile) ((410) 783-6363)
   Henry P. Gonzalez, Esquire (via facsimile) ((410) 293-3307)
   Geoffrey S. Tobias, Esquire (via facsimile) ((410) 547-0699)

* Admitted in the District of Columbia and Maryland
** Admitted in the District of Columbia, Maryland and Virginia

February 28, 2002

WRITER'S DIRECT DIAL/E-MAIL:
(410) 659-1306/Jskeen@wcsllp.com

The Honorable William N. Nickerson
United States District Court Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

   Re: Civil Action No.: WMN00-CV-3730

Dear Judge Nickerson:

  The current discovery deadline in this case is March 8, 2002. While the parties have made progress in discovery and have taken one deposition with three depositions scheduled for March 6, 7 and 8, 2002, plaintiffs need to retrieve some additional electronically stored documents requested by defendant J.S. Connor which may require additional time for depositions.

  In addition, at least one deposition needs to be scheduled for an Italian witness which will require additional time as well.

  Accordingly, plaintiff requests that the discovery cutoff be extended an additional 60 days to May 8, 2002. Counsel would provide a status report at that time.

  Defendants have no objection of this request.

  Thank you for your consideration to this request.

          Very truly yours,

          James D. Skeen

JDS/kf

cc: Robert P. O'Brien, Esquire
   Henry P. Gonzalez, Esquire
   Geoffrey S. Tobias, Esquire

118437 v. (05957.00005)