# OBER | KALER
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**Geoffrey S. Tobias**
gstobias@ober.com
410-347-7339

**Offices In**
Maryland
Washington, D.C.
Virginia

RECEIVED
MAY 9 2002
JUDGE WILLIAM M. NICKERSON

May 9, 2002

**VIA HAND DELIVERY**
The Honorable William M. Nickerson
United States District Court for the District of Maryland
3rd Floor, Room 330
101 W. Lombard Street
Baltimore, Maryland 21201

   Re: Allied Signal Technical Services Corp. V. M/V DAGMAR MAERSK, etc., et al.
     Civil Action No.: WMN-00-CV-3730

Dear Judge Nickerson:

By way of a letter dated March 19, the parties requested an extension of the discovery schedule through May 8, 2002, with a status report then due.

In accordance with the informal agreement amongst the parties, discovery as to liability issues is complete, or virtually so. The parties propose that Motions for Summary Judgment be filed by each of them on or before May 21, with Memoranda in Opposition to be filed by June 7th. We believe this to be consistent with the intent of Local Rule 105.2.

Depending upon the Court's decisions, a supplemental schedule addressing discovery as to damages would be submitted. By submitting this schedule, none of the parties intends to waive the opportunity to seek additional discovery on the issue of damages.

Thank you for your consideration of this request.

            Very truly yours,

            Geoffrey S. Tobias

GST/mac

cc: James D. Skeen, Esq. (via facsimile)
   Henry P. Gonzalez, Esq. (via facsimile)

GST 696167.1 5/9/02 9:50 AM

"APPROVED" THIS 9th DAY OF May, 2002
_____
UNITED STATES DISTRICT JUDGE