UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ALLIED SIGNAL TECHNICAL** *
**SERVICES CORPORATION,**
　　　　　　　　　　　　　　　*
**Plaintiff**
　　　　　　　　　　　　　　　*
v.　　　　　　　　　　　　　　　**CIVIL ACTION NO.: WMN 00 CV 3730**
　　　　　　　　　　　　　　　*
**M/V DAGMAR MAERSK, etc., et al.,**
　　　　　　　　　　　　　　　*
**Defendants**
*　*　*　*　*　*　*　*　*　*　*　*　*

### STIPULATION OF DISMISSAL

The parties to this action, through undersigned counsel, hereby stipulate and agree, pursuant to Rule 41, Federal Rules of Civil Procedure, as follows:

1.　That the plaintiff, Allied Signal Technical Services Corporation, voluntarily dismisses its complaint and claims against defendant Schiffahrts Gesellschaft M.S. "Hansa Atlantic" GmbH & Co., with prejudice.

2.　That defendants John S. Connor Container Line (Division of John S. Connor, Inc.) and Schiffahrts Gesellschaft M.S. "Hansa Atlantic" mbH & Co. voluntarily dismiss their crossclaims against each other in this action, with prejudice.

3.　That defendant Maersk, Inc., trading as Maersk Line, consents to this Stipulation of Dismissal.

4.　That the parties will bear their own costs with respect to the claims voluntarily dismissed by this stipulation.

_____
JAMES D. SKEEN

_____
GEOFFREY S. TOBIAS

_____
Approved

_____
HENRY P. GONZALEZ

_____
ROBERT P. O'BRIEN

5/16/02
_____
Date

n\:litigation\rpo\trimar\dagmar\stipulation of dismissal

