

Wright, Constable & Skeen, L.L.P. | Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 2...


JUN 7 2002

June 7, 2002

WRITER'S DIRECT DIAL/E-MAIL:
(410) 659-1306/Jskeen@wcsllp.com

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
Michael A. Stanley
Howard S. Stevens*
Victoria August
Joy K. Sakellaris
W. Jay Lee

Of Counsel
Francis N. Iglehart
P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
307 West Allegheny Avenue
Towson, Maryland 21204-4258
Phone  410-825-0750
Fax    410-825-0715

www.wcslaw.com

**VIA HAND-DELIVERY**

The Honorable William N. Nickerson
United States District Court Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

JUDGE WILLIAM M. NICKERSON

___FILED      ___ENTERED
___LODGED    ___RECEIVED

JUN 1 0 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Re:  Allied Signal Technical Services Corp. v.
     M/V DAGMAR MAERSK, etc., et al.
     Civil Action No.: WMN00-CV-3730

Dear Judge Nickerson:

Due to personal problems, I need three additional days to prepare plaintiff's memorandum in opposition to defendant's motion for summary judgment. Defendants' counsel have graciously stated they have no objection to this request, so that unless the Court objects, memorandum in opposition to motions for summary judgment will be filed by all parties on Wednesday, June 12, 2002.

Thank you for your consideration of this request.

Very truly yours,

James D. Skeen

JDS/kf
Enclosure

cc:  Henry P. Gonzalez, Esquire (via facsimile) ((410) 293-3307)
     Geoffrey S. Tobias, Esquire (via facsimile) ((410 547-0699)

" APPROVED " THIS 7th DAY
OF June, 20 02

_____
UNITED STATES DISTRICT JUDGE

* Admitted in the District of Columbia and Maryland
** Admitted in the District of Columbia, Maryland and Virginia